IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL ANN POOLE,<br><br>　　　Plaintiff,<br><br>　v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>　　　Defendants._____/ | No. C 05-01891 MJJ<br><br>**ORDER** |

The Court is in receipt of Plaintiff's motion "for reconsideration of motion for temparary restraining order." However, it appears that Plaintiff is requesting that the Court hear the motion for a temporary restraining order on shortened time. The Court **DENIES** this request. Plaintiff's motion for a temporary restraining order will be set for hearing on September 20, 2005 at 9:30 a.m.

The Court is also in receipt of Plaintiff's motion for "more time to respond to a motion to dismiss." Plaintiff requests an extension of time to file her opposition brief to Defendants' motion to dismiss. The Court **GRANTS** this request and Plaintiff's opposition brief is now due on August 3, 2005.

**IT IS SO ORDERED.**

Dated: August_3__, 2005

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE